EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Para enmendar el Artículo 10.5 (b) del Reglamento de la Administración del Sistema de Personal de la Rama Judicial | 2004 TSPR 114<br><br>162 DPR \_\_\_\_ |

Número del Caso: ER-2004-7

Fecha: 30 de junio de 2004

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

# EN EL TRIBUNAL SUPREMO DE PUERTO RICO

**Para enmendar el Artículo 10.5 (b) del Reglamento de la Administración del Sistema de Personal de la Rama Judicial**

ER-2004-7

## RESOLUCION

En San Juan, Puerto Rico a 30 de junio de 2004.

La Rama Judicial tiene mucho interés en reconocer los esfuerzos sobresalientes de sus empleados y empleadas en el desempeño de sus funciones. El Artículo 10.5 (b) del Reglamento de la Administración del Sistema de Personal de la Rama Judicial concede el derecho a un aumento por cinco (5) años de servicio y descalifica para este derecho a los empleados y empleadas que hayan recibido un aumento por mérito. Este es un elemento que desalienta a veces los esfuerzos para sobrepasar el desempeño requerido.

Con el interés de proveer un incentivo adicional que reconozca la labor sobresaliente de los empleados y empleadas, se enmienda el Artículo 10.5 (b) para que se lea como sigue:

"(b) Aumento por cinco (5) años de servicio

1. El personal que ocupe *un* puesto **regulares]** *regular* y que haya prestado servicios satisfactorios e ininterrumpidamente en la Rama Judicial será acreedor al cabo de cada cinco (5) años de un aumento en su retribución equivalente a un paso en la escala a la que estuviere asignado *su puesto*. **[Se entenderá interrumpido el término de cinco (5) años cuando...]**

   El empleado *o empleada quedará descalificado(a) para recibir este aumento cuando:* hubiere estado suspendido de empleo y

sueldo en licencia sin sueldo en exceso de noventa (90) días laborables**,** en licencia con sueldo para estudios en exceso de sesenta (60) días laborables en un año natural **[y]** *o* si hubiere recibido cualquier tipo de aumento de sueldo permanente o por ascenso, excepto los *aumentos* otorgados por mérito, por disposición de ley o por una revisión general al Plan de Retribución autorizada por el*(la)* Juez*(a)* Presidente*(a)*.

2. ...

3. El período de cinco (5) años comienza a contarse desde la fecha de nombramiento en la Rama Judicial o desde la fecha de la última acción de personal que lo*(la)* excluyó, o desde la fecha de reingreso al servicio después de una **[interrupción]** *descalificación* o desde el último aumento quinquenal. **[El período inicial de cinco (5) años se contará a partir del 1ro. de julio de 1981.]**

Esta Resolución tendrá vigencia inmediata.

Publíquese

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo